# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MONICA PEREZ, Individually and on behalf of all others similarly situated, §§§§<br>Plaintiff, §<br>§<br>vs. §§§<br>SAYERS SERVICES LLC, SAYWARE ENTERPRISES, LLC, and DANIEL SAYERS §§§§<br>Defendants. § | Case No.: 5:22-cv-00045-DAE |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

The Court has before it the parties' Joint Stipulation of Dismissal With Prejudice. (Dkt. # 26.) Having reviewed the motion, the Court hereby dismisses all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

IT IS ORDERED that this case be DISMISSED WITH PREJUDICE to refiling. The Clerk is INSTRUCTED TO CLOSE this case.

DATED: San Antonio, Texas, October 4, 2022.

_____
David Alan Ezra
Senior United States District Judge